AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Paola TREJO Castro<br>COB:  United States of America<br>YOB:  1996<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  7:18 mj 2601

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 12/19/2018 _____ in the county of _____ Hidalgo _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 1.06 kilograms of methamphetamine a Schedule II controlled substance. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 1.06 kilograms of methamphetamine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth
12/20/18

_____
*Complainant's signature*

Tanner Fullmer, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/20/18 – 8:36 a.m.

_____
*Judge's signature*

City and state: _____ McAllen, TX _____

U.S. Magistrate Judge Juan F. Alanis Judge J. Scott Hacker
*Printed name and title*

# ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On December 19, 2018, Paola TREJO Castro (United States Citizen) applied for admission into the United States as a pedestrian (US) at the Hidalgo, Texas, Port of Entry (POE).

A primary Customs and Border Protection Officer (CBPO) obtained a negative declaration for drugs and other items from TREJO. The CBPO asked TREJO to open her sweater and noticed a bulge under TREJOs blouse. The CBPO conducted a pat-down and felt an anomaly on TREJOs abdominal area. TREJO stated the anomaly was a girdle. TREJO admitted to having an item under the girdle.

At secondary, a CBPO conducted a pat-down and discovered a package wrapped in duct tape around TREJOs waist. The package weighed 1.06 kilograms and field tested positive for methamphetamine.

On December 19, 2018 Homeland Security Investigations (HSI) Special Agent (SA) Tanner Fullmer, HSI Task Force Officer (TFO) Edgar Reynoso and additional HSI personnel interviewed TREJO, who waived her Miranda Rights in writing and stated the following in summary:

TREJO admitted to coordinating with subjects in Mexico to smuggle narcotics into the U.S. TREJO willingly agreed to smuggle an unknown type and quantity of narcotics into the U.S. on her person for $300.00.